# Exhibit A


**This page is part of your document - DO NOT DISCARD**



# 20111052265





**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**08/05/11 AT 08:00AM**

Pages: 0003

| | |
|---|---|
| FEES: | 22.00 |
| TAXES: | NFPR |
| OTHER: | 0.00 |
| PAID: | NFPR |



**LEADSHEET**



201108050130005

00004494579



003433841

**SEQ:**
**03**

DAR - Title Company (Hard Copy)

**THIS FORM IS NOT TO BE DUPLICATED**   T15

E464772

RECORDING REQUESTED BY:
EQUITY TITLE-LOS ANGELES

AND WHEN RECORDED MAIL TO:

The Veto Trust dated May 11, 2011
4771 Forman Avenue, Unit 303
Toluca Lake, Ca 91602

Order No.: 1131111
Escrow No.: BH-11388-MN
A.P.N.: 4359-013-027

08/05/2011


*20111052265*

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX IS **NOT A PUBLIC RECORD**
[xx] City of Los Angeles AND

**THIS DOCUMENT IS BEING SIGNED IN COUNTERPART.**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Robert A. Harabedian and Leslie S. Klinger, as Trustees of The Mapleton Trust dated January 5, 2010**

hereby GRANT(S) to

**Gurgen Khachatryan, Trustee of The Veto Trust dated May 11, 2011**

the following described real property in the County of Los Angeles, State of California:

TRANSFER TAX
NOT A PUBLIC RECORD

Lot 36 of Tract No. 9061, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 121, Pages 64 to 66, inclusive of Maps, in the office of the County Recorder of said County.

Dated: July 15, 2011

STATE OF CALIFORNIA
COUNTY OF Los Angeles } ss.

On July 18, 2011 before me
Susan E. Bender
Notary Public, personally appeared
**Robert A. Harabedian**

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s), acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Signature of Notary
Commission Expiration Date: July 25, 2013

MAIL TAX STATEMENTS TO: Same address as above

The Mapleton Trust dated January 5, 2010

By: Robert A. Harabedian, Trustee

By: Leslie S. Klinger, Trustee

SUSAN E. BENDER
COMM. # 1858916
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. JUL. 25, 2013

(This area for official notarial seal)

Exhibit A - Page 3

3

RECORDING REQUESTED BY:
**EQUITY TITLE-LOS ANGELES**

AND WHEN RECORDED MAIL TO:

The Veto Trust dated May 11, 2011
4771 Forman Avenue, Unit 303
Toluca Lake, Ca 91602

Order No.: 1131111
Escrow No.: BH-11388-MN
A.P.N.: 4359-013-027

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

**GRANT DEED** THIS DOCUMENT IS BEING SIGNED IN COUNTERPART

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX IS **NOT A PUBLIC RECORD**
[xx] City of **Los Angeles** AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Robert A. Harabedian and Leslie S. Klinger, as Trustees of The Mapleton Trust dated January 5, 2010**

hereby GRANT(S) to

**Gurgen Khachatryan, Trustee of The Veto Trust dated May 11, 2011**

the following described real property in the County of **Los Angeles**, State of California:

Lot 36 of Tract No. 9061, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 121, Pages 64 to 66, inclusive of Maps, in the office of the County Recorder of said County.

Dated: **July 15, 2011**

STATE OF CALIFORNIA
COUNTY OF _Los Angeles_ } ss.

On _July 18, 2011_ before me
_Sharon R. Flavin_
Notary Public, personally appeared
**Leslie S. Klinger**

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) (s)/are subscribed to the within instrument and acknowledged to me that (he)/she/they executed the same in (his)/her/their authorized capacity(ies) and that by (his)/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s), acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Signature of Notary
Commission Expiration Date: _11-17-2011_

The Mapleton Trust dated January 5, 2010

By: Robert A. Harabedian, Trustee

_[signature]_
By: Leslie S. Klinger, Trustee

SHARON R. FLAVIN
Commission # 1780426
Notary Public - California
Los Angeles County
My Comm. Expires Nov 17, 2011

(This area for official notarial seal)

MAIL TAX STATEMENTS TO: Same address as above

This is a true and certified copy of the record if it bears the seal, imprinted in purple ink, of the Registrar-Recorder/County Clerk

JUN 0 8 2022

Dean C. Logan REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA