# Exhibit A

rial act code: 641-20220624-67-6020919
ıl act password: JD9YEU



*Translated from Armenian Language*

## LOAN AGREEMENT

Sedrak Arustamyan (citizen of the Republic of Armenia, passport details: ▓▓▓▓▓)
(hereinafter referred to as the "Lender"), and

Gurgen Khachatryan (citizen of the Republic of Armenia, passport details: ▓▓▓▓▓)
(hereinafter referred to as the "Borrower" 1), and

Artyom Khachatryan (citizen of the Republic of Armenia, passport details: ▓▓▓▓▓)
(hereinafter - referred to as the "Borrower" 2),

which are collectively referred to as the "Parties" and each individually "Party", and "Borrower 1" and "Borrower 2" together or separately, "Borrowers" or "Borrower" concluded this Loan Agreement (hereinafter referred to as the Agreement) on July 9, 2009 on the following:

### 1. SUBJECT OF THE AGREEMENT

1.1. Pursuant to this Agreement, the Lender transfers to the Borrowers up to 7 000 000 (seven million) USD (hereinafter referred to as the "Loan Amount"), with each Borrower receiving half of the specified loan amount, and the Borrowers undertake to repay the Loan amount in the manner prescribed by this Agreement.
1.2. The last day of repayment of the Loan to the Lender is (the amount of the Loan is repaid by the Borrower until) July 30, 2010 (inclusive).
1.3. The Loan amount is provided at 4 (four) percent per annum, which is payable on the day the Loan amount is repaid.
1.4. The Lender shall transfer the entire amount of the Loan to the bank account specified by the Borrower within twenty (20) working days from the date of signing this Agreement.
1.5. Borrowers undertake to repay the Loan amount no later than the term specified in clause 1.2 of this Agreement.

### 2. ENSURING PROPER FULFILLMENT OF OBLIGATIONS

2.1. To ensure proper performance of the obligations assumed by the Borrowers under this Agreement, each Borrower must provide its own personal guarantee with all of its property and assets.
2.2. Each Borrower hereby gives its unconditional consent to sign and provide the Lender with a personal letter of guarantee to the notary in case of the Lender's request in accordance with the requirements of clause 2.1 of this Agreement.

## 3. OBLIGATIONS AND RIGHTS OF THE PARTIES

3.1 **The Lender is obliged:**
3.1.1. To provide the Loan amount to the Borrower in accordance with the terms of this Agreement,
3.1.2. To accept the amount of the Loan payable by the Borrower in accordance with the terms of this Agreement.

3.2. **The Lender has the right:**
3.2.1. To require the Borrower to repay the Loan amount in the manner and within the time frame specified in this Agreement,
3.2.2. To require each Borrower to provide a personal guarantee of content acceptable to the Lender, for ensuring the proper fulfillment of obligations under this Agreement,
3.2.3. To require the Borrower to pay a fine of 0.01% of the Loan amount and interest for late payment for each day of delay until the date of repayment of the Loan amount, if the Borrower does not repay the Loan amount within the period specified in clause 1.2 of this Agreement.

3.3. **Each Borrower is obliged:**
3.3.1. To repay the Loan amount in the manner and within the time frame specified in this Agreement,
3.3.2. To pay the Lender for each overdue day a penalty in the amount of 0.01% of the overdue interest on the Loan amount, which is calculated until the actual repayment of the Loan amount in case of non-repayment of the Loan amount within the period specified in clause 1.2 of this Agreement.
3.3.3. To immediately provide a personal guarantee upon the Lender's request.

3.4. **The borrower has the right:**
3.4.1 To require the Lender to provide the Loan amount in accordance with the terms set forth in this Agreement,
3.4.2 To require the Lender to accept the Loan amount within the time period specified in clause 1.2 of this Agreement.

## 4. RESPONSIBILITY OF THE PARTIES

4.1. In case of non-fulfillment or improper fulfillment of the obligations determined by this Agreement, the Parties shall be liable in the manner prescribed by this Agreement and the legislation of the Republic of Armenia.
4.2. If the Borrower does not return the loan amount within the period specified in clause 1.2 of this Agreement, the Borrower shall pay to the Lender a penalty in the amount of 0.01% of the Loan amount and overdue interest for each day of overdue, which shall be calculated before the date of repayment of the Borrower.
4.3. In case of non-fulfillment or improper fulfillment of the obligation specified in clause 2.2 of this Agreement, the Lender has the right to demand from each Borrower to return the amount of the Loan with accrued interest, in this case, the amount and interest on the Loan will be repaid by each Borrower within 10 /ten/ working days after receiving notification from the Lender in accordance with this clause.
4.4. Each Borrower hereby confirms and certifies that he/she is jointly and severally liable for the obligations of the other Borrower under this Agreement and the Lender has the right to claim both the Borrower and all other obligations assumed by the Borrowers in accordance with this Agreement.

## 5. DISPUTE RESOLUTION PROCEDURE

5.1. All disputes arising out of or in connection with this Agreement can be settled through negotiations.
5.2. The resolution of disputes regarding the provisions of this Agreement and the relations governed by it shall be submitted to the court of the relevant jurisdiction.

## 6. TERMS AND CONDITIONS OF THE AGREEMENT

6.1☐ This Agreement is effective until the Borrowers duly fulfill their obligations under this Agreement.
6.2. All amedndments and changes to this Agreement are made in writing by mutual agreement of the Parties, signed by the Parties and are an integral part of this Agreement.
6.3. Relationships not regulated by this Agreement are regulated in the manner prescribed by the legislation of the Republic of Armenia.
6.4. Notifications sent by the Parties in accordance with this Agreement are deemed to have been sent and received properly if they were sent and received to the addresses specified in Section 7 of this Agreement.
6.4.1. If a Party to this Agreement has more than one address, notification (s) received at one of these addresses shall be deemed to have been duly sent and received by the respective Parties.
6.5. The invalidity of any provision and /or clause of this Agreement does not entail the invalidity of the entire Agreement and /or the remaining provisions of the Agreement.
6.6. This Agreement is concluded in the Armenian language in three copies having equal legal force, one copy is issued to each of the Parties.

## 7. BANKING DETAILS, ADDRESSES AND SIGNATURES OF THE PARTIES

| LENDER | BORROWER 1 |
|---|---|
| **LENDER** | **BORROWER 1** |
| Sedrak Arustamyan *signed* | Gurgen Khachatryan *signed* |
| Bank: HSBC Bank Armenia
A/N ▓▓▓▓▓4-101
Address: ▓▓▓▓▓ Yerevan RA | Bank: Inecobank
A/N ▓▓▓▓▓1020
Address: ▓▓▓▓▓ Nor Geghi, RA |
| | **BORROWER 2** |
| | Artyom Khachatryan *signed*
Bank: Inecobank
A/N ▓▓▓▓▓1020
Address: ▓▓▓▓▓ Nor Geghi, RA |

Երկու հազար քսաներկու թվականի հունիսի քսանչորսին
Ես՝ Երևան նոտարական տարածքի նոտար ԼԻԼԻԹ ԱՍԱՏՈՒՐԻ ՄՈՒՐԱԴՅԱՆՍ՝
վավերացնում եմ տվյալ տեքստի՝ հայերեն լեզվից անգլերեն լեզվով թարգմանություն
կատարած թարգմանչի ստորագրության իսկությունը:
«Նոտարիատի մասին» ՀՀ օրենքի 68 հոդվածի համաձայն հաստատում եմ, որ փաստաթղթի
թարգմանությունը կատարել է իմ կողմից վստահված թարգմանիչ Արմենուհի Արսենյանը,
այլ ոչ թե դրանում շարադրված փաստերը:

Թարգմանչի ստորագրություն

Գրանցված է սեղանամատյանում ____2095____ ով:
Գանձված են պետական տուրք հինգ հարյուր դրամ և ծառայության վճար հինգ հարյուր դրամ՝
համաձայն «Նոտարիատի մասին» և «Պետական տուրքի մասին» ՀՀ օրենքների:

Նոտար        L. A. ՄՈՒՐԱԴՅԱՆ

From Armenian into English is translated by Armenuhi Arsenyan _____
Verification inscription about the truth of verification of the translator's signature.
On this day of the twenty-fourth of June, two thousand and twenty-two I, LILIT ASATUR MURADYAN,
Yerevan Notarial Territory Notary Public, certify the present signature of the translator of the text from
Armenian into English known to me.
According to the article 68 of the law of the Republic of Armenia "About Notariate" I certify that the
translation is done by the translator trusted to me and not the facts written in the text.
Registration No ____2095____
State duty of five hundred drams and service payment of five hundred drams are levied according to the
RA laws "About State Duty" and "About Notariate".
Notary Public (official seal & signature)   L.A.MURADYAN

# ՓՈԽԱՌՈՒԹՅԱՆ ՊԱՅՄԱՆԱԳԻՐ

Սեդրակ Առուստամյանը (Հայաստանի Հանրապետության քաղաքացի, անձնագիր՝ ▇▇▇▇) (այսուհետ՝ «Փոխատու»), և

Գուրգեն Խաչատրյանը (Հայաստանի Հանրապետության քաղաքացի, անձնագիր՝ ▇▇▇▇) (այսուհետ՝ «Փոխառու 1»), և

Արտյոմ Խաչատրյանը (Հայաստանի Հանրապետության քաղաքացի, անձնագիր՝ ▇▇▇▇), (այսուհետ՝ «Փոխառու 2»),

որոնք միասին անվանվում են «Կողմեր», իսկ յուրաքանչյուրն առանձին՝ «Կողմ», իսկ «Փոխառու 1» և «Փոխառու 2» միասին կամ առանձին՝ «Փոխառուներ» կամ «Փոխառու», կնքեցին Փոխառության սույն Պայմանագիրը (այսուհետ՝ «Պայմանագիր») 2009 թվականի հուլիսի 9-ին հետյալի մասին.

## 1. ՊԱՅՄԱՆԱԳՐԻ ԱՌԱՐԿԱՆ

1.1. Սույն Պայմանագրի համաձայն՝ Փոխատուն Փոխառուների սեփականությանն է հանձնում 7 000 000 (յոթ միլիոն) ԱՄՆ դոլար (այսուհետ՝ «Փոխառության գումար»), ընդ որում յուրաքանչյուր Փոխառուին նշված Փոխառության գումարի կեսը, իսկ Փոխառուները պարտավորվում են սույն Պայմանագրով սահմանված կարգով վերադարձնել Փոխառության գումարը:

1.2. Փոխառության գումարը Փոխառուին վերադարձնելու վերջին օրն է (Փոխառության գումարը վերադարձվում է Փոխառուի կողմից միանշ)՝ 2010 թվականի հուլիսի 30-ը (ներառյալ):

1.3. Փոխառության գումարը տրամադրվում է տարեկան 4 (չորս) տոկոսով, որն ենթակա է վճարման Փոխառության գումարի վերադարձման օրը:

1.4. Փոխատուն ամբողջությամբ փոխանցում է Փոխառության գումարը Փոխառուների կողմից նշված բանկային հաշվին սույն Պայմանագրի ստորագրման օրվան հաջորդող 20 (քսան) աշխատանքային օրվա ընթացքում:

1.5. Փոխառուները պարտավորվում են վերադարձնել Փոխառության գումարը սույն Պայմանագրի 1.2 կետում նշված ժամկետից ոչ ուշ:

## 2. ՊԱՐՏԱՎՈՐՈՒԹՅԱՆ ՊԱՏՇԱՃ ԿԱՏԱՐՄԱՆ ԱՊԱՀՈՎՈՒՄ

2.1. Ի ապահովումն սույն Պայմանագրով Փոխառուների կողմից ստանձնած պարտավորությունների պատշաճ կատարման՝ յուրաքանչյուր Փոխառու տալիս է իր անձնական երաշխավորությունն իրեն պատկանող ամբողջ գույքով և ակտիվներով:

2.2. Սույնով յուրաքանչյուր Փոխառու տալիս է իր անվերապահ համաձայնությունը Փոխատուի պահանջի դեպքում ստորագրել և տրամադրել Փոխատուին անձնական երաշխավորության նամակ նոտարի մոտ՝ համաձայն սույն Պայմանագրի 2.1 կետի պահանջի:

1

## 3. ԿՈՂՄԵՐԻ ՊԱՐՏԱՎՈՐՈՒԹՅՈՒՆՆԵՐԸ ԵՎ ԻՐԱՎՈՒՆՔՆԵՐԸ

3.1. Փոխատուն պարտավորվում է՝
  3.1.1. Փոխատության գումարը Փոխառուին տրամադրել սույն Պայմանագրի պայմաններին համապատասխան,
  3.1.2. Ընդունել իրեն Փոխառուի կողմից վերադարձվող Փոխատության գումարը սույն Պայմանագրի պայմաններին համապատասխան:

3.2. Փոխատուն իրավունք ունի՝
  3.2.1. Փոխառուից պահանջել վերադարձնել Փոխատության գումարը սույն Պայմանագրով սահմանված կարգով ու ժամկետում,
  3.2.2. սույն Պայմանագրով ստանձնած պարտավորության պատշաճ կատարումն ապահովելու նպատակով յուրաքանչյուր Փոխառուից պահանջել տրամադրել Փոխատուի համար ընդունելի բովանդակության անձնական երաշխավորություն,
  3.2.3. Սույն Պայմանագրի 1.2 կետում նշված ժամկետում Փոխատության գումարը Փոխառուի կողմից չվերադարձվելու դեպքում կետանցի յուրաքանչյուր օրվա համար պահանջել Փոխառուից Փոխատության գումարի և ժամետկանց տոկոսի նկատմամբ 0,01 տոկոսի չափով տույժի վճարում՝ մինչև Փոխատության գումարը փաստացի վերադարձնելու օրը:

3.3. Յուրաքանչյուր Փոխառուն պարտավորվում է՝
  3.3.1. Վերադարձնել Փոխատության գումարը՝ սույն Պայմանագրով սահմանված կարգով ու ժամկետում,
  3.3.2. Սույն Պայմանագրի 1.2 կետում նշված ժամկետում Փոխատության գումարը չվերադարձնելու դեպքում կետանցի յուրաքանչյուր օրվա համար Փոխատուին վճարել Փոխատության գումարի և ժամկետանց տոկոսի նկատմամբ 0,01 տոկոսի չափով տույժ, որը հաշվարկվում է մինչև Փոխատության գումարը փաստացի վերադարձնելու օրը,
  3.3.3. Անհապաղ տրամադրել անձնական երաշխավորություն Փոխատուի պահանջի դեպքում:

3.4. Փոխառուն իրավունք ունի՝
  3.4.1. Պահանջել Փոխատուից տրամադրել Փոխատության գումարը՝ սույն Պայմանագրով սահմանված պայմաններին համապատասխան,
  3.4.2. Պահանջել Փոխատուից ընդունել Փոխատության գումարը՝ սույն Պայմանագրի 1.2. կետով սահմանված ժամկետում:

## 4. ԿՈՂՄԵՐԻ ՊԱՏԱՍԽԱՆԱՏՎՈՒԹՅՈՒՆԸ

4.1. Սույն Պայմանագրով սահմանված պարտավորությունները չկատարելու կամ անպատշաճ կատարելու դեպքում, Կողմերը պատասխանատվություն են կրում սույն Պայմանագրով և ՀՀ օրենսդրությամբ սահմանված կարգով:
4.2. Սույն Պայմանագրի 1.2 կետում նշված ժամկետում Փոխատության գումարը Փոխառուի կողմից չվերադարձվելու դեպքում նա վճարում է Փոխատուին կետանցի յուրաքանչյուր օրվա համար Փոխատության գումարի և ժամկետանց տոկոսի 0,01 տոկոսի չափով տույժ, որը հաշվարկվում է մինչև Փոխատության գումարը փաստացի վերադարձնելու օրը:
4.3. Սույն Պայմանագրի 2.2 կետում նշված պարտավորությունը չկատարելու կամ անպատշաճ կատարելու դեպքում Փոխատուն իրավունք ունի պահանջել

2

Փոխառության գումարի մարում յուրաքանչյուր Փոխառուից հաշվարկված տոկոսով, ընդ որում այս դեպքում Փոխառության գումարն և տոկոսներն ենթակա կլինեն վերադարձման յուրաքանչյուր Փոխառուի կողմից սույն կետի համաձայն Փոխառուից ծանուցում ստանալուց հետո առավելագույնը 10 /տաս/ աշխատանքային օրվա ընթացքում։

4.4. Յուրաքանչյուր Փոխառու սույնով հաստատում և հավաստում է, որ կրում է համապարտ պատասխանատվություն մյուս Փոխառուի՝ սույն Պայմանագրով ստանձնած պարտավորությունների համար և Փոխատուն իրավունք ունի պահանջ ներկայացնել ինչպես տվյալ Փոխառուի, այնպես էլ մյուս Փոխառուի նկատմամբ սույն Պայմանագրով Փոխառուների ստանձնած բոլոր պարտավորությունների մասով։

## 5. ՎԵՃԵՐԻ ԼՈՒԾՄԱՆ ԿԱՐԳԸ

5.1. Սույն Պայմանագրի կապակցությամբ և դրանից ծագած բոլոր վեճերը կարող են լուծվել բանակցությունների միջոցով։

5.2. Սույն Պայմանագրի դրույթների և դրանով կարգավորվող հարաբերությունների շուրջ վեճերի լուծումը հանձնվում է համապատասխան իրավասության դատարանի քննությանը։

## 6. ՊԱՅՄԱՆԱԳՐԻ ԳՈՐԾՈՂՈՒԹՅԱՆ ԺԱՄԿԵՏԸ ԵՎ ԱՅԼ ՊԱՅՄԱՆՆԵՐ

6.1. Սույն Պայմանագիրը գործում է մինչև Փոխառուների կողմից սույն Պայմանագրով սահմանված պարտավորությունների պատշաճ կատարումը։

6.2. Սույն Պայմանագրի բոլոր լրացումները և փոփոխությունները կատարվում են Կողմերի փոխադարձ համաձայնությամբ գրավոր, ստորագրվում են Կողմերի կողմից և կազմում են սույն Պայմանագրի անբաժանելի մասը։

6.3. Սույն Պայմանագրով չկարգավորված հարաբերությունները կարգավորվում են ՀՀ օրենսդրությամբ սահմանված կարգով։

6.4. Սույն Պայմանագրի շրջանակներում Կողմերի կողմից ուղարկվող ծանուցումները համարվում են պատշաճ ուղարկված և ստացված, եթե դրանք ուղարկվել են և ստացվել սույն Պայմանագրի 7-րդ բաժնում նշված հասցեներով։

    6.4.1. Եթե սույն Պայմանագրի Կողմն ունի մեկից ավելի հասցեներ, ապա այդ հասցեներից մեկում ստացված ծանուցում(ներ)ը համարվում է (են) համապատասխան Կողմերի կողմից պատշաճ ուղարկված և ստացված։

6.5. Սույն Պայմանագրի որևէ դրույթի և/կամ կետի անվավերությունը չի հանգեցնում ամբողջ Պայմանագրի և/կամ Պայմանագրի մնացած դրույթների անվավերության։

6.6. Սույն Պայմանագիրը կնքված է հայերեն լեզվով երեք օրինակից, որոնք ունեն հավասար իրավաբանական ուժ։ Յուրաքանչյուր Կողմին տրվում է սույն Պայմանագրի մեկական օրինակ։



ԿՈՂՄԵՐԻ ԲԱՆԿԱՅԻՆ ՏՎՅԱԼՆԵՐԸ, ՀԱՍՑԵՆԵՐԸ ԵՎ ՍՏՈՐԱԳՐՈՒԹՅՈՒՆՆԵՐԸ

**ՓՈԽԱՏՈՒ**

.................................
Սեդրակ Առուստամյան

Բանկ՝ HSBC Bank Armenia
Հ/հ ̀ ████████4-101
Հասցեն՝ ՀՀ, Երևան, ████████

**ՓՈԽԱՌՈՒ 1**

.................................
Գուրգեն Խաչատրյան

Բանկ՝ Ինեկոբանկ ՓԲԸ
Հ/հ ̀ ████████1020
Հասցեն՝ ՀՀ, Նոր Գեղի, ████████

**ՓՈԽԱՌՈՒ 2**

.................................
Արմյոմ Խաչատրյան

Բանկ՝ Ինեկոբանկ ՓԲԸ
Հ/հ ̀ ████████1020
Հասցեն՝ ՀՀ, Նոր Գեղի, ████████

4

