CHRISTOPHER W. JAMES (SBN 289047)
cjames@velaw.com
Vinson & Elkins LLP
350 South Grand, Suite 2100
Los Angeles, CA 90071
555 Mission Street, Suite 2000
San Francisco, California 94105
Telephone: 415.979.6949
Facsimile: 415.651.8786

EPHRAIM WERNICK (admitted *pro hac vice*)
ewernick@velaw.com
PETER T. THOMAS (admitted *pro hac vice*)
petethomas@velaw.com
Vinson & Elkins LLP
2200 Pennsylvania Ave. NW, Suite 500 West
Washington, DC 20037
Telephone: 202.639.6500
Facsimile: 202.639.6604

*Attorneys for Claimants*
*Artyom Khachatryan, Gurgen Khachatryan, and WRH, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>REAL PROPERTY IN LOS ANGELES, CALIFORNIA,<br><br>Defendant,<br><br>and<br><br>ARTYOM KHACHATRYAN, GURGEN KHACHATRYAN, and WRH, INC.,<br><br>Claimants,<br><br>and<br><br>SEDRAK ARUSTAMYAN,<br><br>Claimant. | Case No.: 2:22-cv-02902-JLS-PD<br><br>**NOTICE OF MOTION AND MOTION OF CLAIMANTS ARTYOM KHACHATRYAN, GURGEN KHACHATRYAN, AND WRH, INC. TO DISMISS CROSSCLAIM**<br><br>Date:      October 28, 2022<br>Time:      10:30 a.m.<br>Location: Courtroom 8A<br>Judge:    Hon. Josephine L. Staton<br><br>Trial Date: None Set<br>Date Action Filed: May 2, 2022 |

Case No.: 22-cv-02902-JLS-PD;
NOTICE OF MOTION AND MOTION TO DISMISS CROSSCLAIM

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE THAT** on October 28, 2022, at 10:30 a.m. or as soon as the matter may be heard by the Court, located at First Street U.S. Courthouse, 350 West 1st Street, Los Angeles, CA, in Courtroom 8A, 8th Floor before the Honorable Josephine L. Staton, Claimants Artyom Khachatryan, Gurgen Khachatryan, and WRH Inc. (together, "Claimants") will and hereby do move the Court, pursuant to the doctrines of abstention and *forum non conveniens*, as well as Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6) for an order dismissing the crossclaim filed in the above-captioned matter by Claimant Sedrak Arustamyan ("Arustamyan") against Claimants.  Claimants bring this motion on the grounds that (i) it is proper for this Court to decline to exercise jurisdiction over the crossclaim in deference to parallel proceedings pending in Armenia pursuant to the doctrine of abstention; (ii) the public and private interest factors of the *forum non conveniens* doctrine weigh substantially in favor of dismissal, especially given the parallel legal proceedings in Armenia; (iii) venue is not proper in this district due to the forum selection clause in the governing contracts; and (iv) Arustamyan fails to state a claim on which relief may be granted.

Defendant bases this motion on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declaration of Christopher W. James, all pleadings and papers filed in this action, oral argument of counsel, and any other matters that may come before the Court.

///

///

///

Case No.: 22-cv-02902-JLS-PD;
NOTICE OF MOTION AND MOTION TO DISMISS CROSSCLAIM

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 18, 2022 | VINSON & ELKINS LLP |
| 3 | | |
| 4 | | By:  /s/ *Ephraim Wernick*  |
| 5 | |      Ephraim Wernick<br>     Christopher W. James<br>     Peter T. Thomas |
| 6 | | |
| 7 | | *Attorneys for Claimants Artyom Khachatryan, Gurgen Khachatryan, and WRH, Inc.* |