1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA**

11
12
13
14
15
16
17
18
19

UNITED STATES OF AMERICA,

          Plaintiff,

             v.

REAL PROPERTY IN LOS ANGELES, CALIFORNIA,

          Defendant.

Case No. 2:22-cv-02902-JLS-PD

**ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S *EX PARTE* APPLICATION PURSUANT TO 18 U.S.C. § 981(g)(5) AND LOCAL RULE 79-6 TO FILE OR LODGE *IN CAMERA* NON-PUBLIC DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER TO STAY THIS CIVIL FORFEITURE PROCEEDING (Doc. 38)**

20
21
22
23
24
25
26
27
28

1

**ORDER**

2       Plaintiff United States of America ("the government") has applied to this Court pursuant

3  to 18 U.S.C. § 981(g)(5) and Local Rule 79-6 for an order to file or lodge <u>in camera</u> a

4  non-public declaration in support of the government's motion for an order to stay this civil

5  forfeiture proceeding.  Upon consideration of the application and the entire record, and good

6  cause appearing therefor,

7       IT IS HEREBY ORDERED that the government's application is granted.  The

8  non-public declaration in support of the government's motion to stay this civil forfeiture

9  proceeding shall be filed or lodged <u>in camera</u> pursuant to 18 U.S.C. § 981(g)(5) and Local Rule

10  79-6 and shall not be disclosed to any person, including the persons and entity that have filed

11  claims in this action, unless otherwise ordered by the Court.

12

13  DATED:  September 27, 2022

14                             _____

15                         HON. JOSEPHINE L. STATON

16                         UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28