MARGARET A. MOESER, Acting Chief
D. HUNTER SMITH, Trial Attorney
Money Laundering and Asset Recovery Section
Criminal Division
United States Department of Justice
    1400 New York Avenue NW
    Washington, DC 20005
    Telephone: (202) 355-5705
    Email: David.H.Smith@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1785
    Facsimile: (213) 894-0142
    E-mail: Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>REAL PROPERTY IN LOS ANGELES, CALIFORNIA,<br><br>    Defendant. | No. 2:22-cv-02902-JLS-PDx<br><br>SUPPLEMENTAL STIPULATION MODIFYING ORDER AUTHORIZING INTERLOCUTORY SALE OF REAL PROPERTY AND SUBSTITUTION OF *RES*<br><br>[**Proposed Order Lodged Herewith**] |

IT IS HEREBY STIPULATED by and between the United States of America (the "United States") and WRH, Inc. (the "Titleholder") (collectively the "Parties"), by and through their attorneys, to modify the interlocutory sale stipulation filed on August 23, 2022 (Dkt. 33) (the "ISS"), and to request that the Court amend its associated order entered on August 29, 2022 (Dkt. 36) as follows:

1. For a period of 180 days from the entry of the order modifying the ISS, the United States Marshals Service ("USMS") and its national real property contractor shall have authority and responsibility for routine maintenance on the Property (as defined in the ISS) and authority to make minor modifications to the Property to improve the Property's marketability and to deduct costs and expenses for the foregoing from the sale proceeds in accordance with Paragraph 15(a) of the ISS. The USMS shall have authority to undertake expenditures of up to $20,000 before giving notice to Titleholder and shall seek Titleholder or Court authorization to make expenditures beyond that amount. At the end of the 180-day period, the authority and responsibilities described above shall revert to Titleholder as originally specified in the ISS, unless the Parties agree in writing to extend the period of delegation to USMS. Except as to the routine maintenance and minor modifications stated above, paragraph 22 of the ISS remains unmodified.

2. The USMS's real property contractor, its principals, employees and agents (and those of prospective buyers) shall be permitted to enter the Property for purposes of marketing the Property or the routine maintenance and minor modifications stated

//

above without providing the 24 hours' notice as stated in paragraph 23 of the ISS.

    SO STIPULATED.

Dated:   December 8, 2023          MARGARET A. MOESER, Acting Chief
                                                 Money Laundering and Asset Recovery
                                                 Section, Criminal Division
                                                 United States Department of Justice

                                                  */s/ Hunter Smith*
                                                 D. HUNTER SMITH, Trial Attorney

                                                 E. MARTIN ESTRADA
                                                 United States Attorney
                                                 MACK E. JENKINS
                                                 Assistant United States Attorney
                                                 Chief, Criminal Division
                                                 JONATHAN GALATZAN
                                                 Assistant United States Attorney
                                                 Chief, Asset Forfeiture Section

                                                 */s/ Maxwell Coll*
                                                 MAXWELL COLL
                                                 Assistant United States Attorney

                                                 Attorneys for Plaintiff
                                                 UNITED STATES OF AMERICA


Dated:   December 8, 2023           /s/ (per email authorization)[1]
                                                 EPHRAIM WERNICK
                                                 Vinson & Elkins LLP

                                                 Attorney for Titleholder
                                                 WRH, Inc.

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the government attests that the signatory listed, and on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.