UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY IN LOS ANGELES, CALIFORNIA,<br><br>    Defendant. | No. 2:22-cv-02902-JLS-PDx<br><br>ORDER MODIFYING THE COURT'S AUGUST 29, 2022 ORDER AUTHORIZING THE INTERLOCUTORY SALE OF REAL PROPERTY AND SUBSTITUTION OF *RES* |

**ORDER**

For good cause appearing, and upon the Parties' Supplemental Stipulation Modifying Order Authorizing Interlocutory Sale of Real Property and Substitution of Res (Dkt. 74), it is hereby ORDERED that:

1. For a period of 180 days from the entry of the order modifying the ISS, the United States Marshals Service ("USMS") and its national real property contractor shall have authority and responsibility for routine maintenance on the Property (as defined in

the ISS) and authority to make minor modifications to the Property to improve the Property's marketability and to deduct costs and expenses for the foregoing from the sale proceeds in accordance with Paragraph 15(a) of the ISS.  The USMS shall have authority to undertake expenditures of up to $20,000 before giving notice to Titleholder and shall seek Titleholder or Court authorization to make expenditures beyond that amount.  At the end of the 180-day period, the authority and responsibilities described above shall revert to Titleholder as originally specified in the ISS, unless the Parties agree in writing to extend the period of delegation to USMS.  Except as to the routine maintenance and minor modifications stated above, paragraph 22 of the ISS remains unmodified.

   2.   The USMS's real property contractor, its principals, employees and agents (and those of prospective buyers) shall be permitted to enter the Property for purposes of marketing the Property or the routine maintenance and minor modifications stated above without providing the 24 hours' notice as stated in paragraph 23 of the ISS.

**IT IS SO ORDERED.**

DATED: December 18, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE