```
 1  MARGARET A. MOESER, Acting Chief
    D. HUNTER SMITH, Trial Attorney
 2  Money Laundering and Asset Recovery Section
    Criminal Division
 3  United States Department of Justice
    1400 New York Avenue NW
 4  Washington, DC 20005
    Telephone: (202) 355-5705
 5  Email: David.H.Smith@usdoj.gov

 6
    E. MARTIN ESTRADA
 7  United States Attorney
    MACK E. JENKINS
 8  Assistant United States Attorney
    Chief, Criminal Division
 9  JONATHAN GALATZAN
    Assistant United States Attorney
10  Chief, Asset Forfeiture and Recovery Section
    MAXWELL COLL (Cal. Bar No. 312651)
11  Assistant United States Attorney
         1100 United States Courthouse
12       312 North Spring Street
         Los Angeles, California 90012
13       Telephone:  (213) 894-1785
         Facsimile:  (213) 894-0142
14       E-mail:   Maxwell.Coll@usdoj.gov

15  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REAL PROPERTY IN LOS ANGELES, CALIFORNIA,<br><br>　　　　Defendant. | No. 2:22-cv-02902-JLS-PDx<br><br>**UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL THE PARTIES' STIPULATION AND REQUEST TO ENTER CONSENT JUDGMENT OF FORFEITURE** |

Pursuant to Paragraph 19 of the Court's standing order, the government hereby applies for leave to file under seal the parties' Stipulation and Request to Enter Consent Judgment of Forfeiture and the proposed Consent Judgment of Forfeiture.

This unopposed application is based on the contemporaneously filed declaration of Assistant United States Attorney Maxwell Coll and the records and files in this case.

| | |
|---|---|
| Dated: June 14, 2024 | Respectfully submitted, |
| | E. MARTIN ESTRADA<br>United States Attorney |
| | MACK E. JENKINS<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | */s/ Maxwell Coll*<br>MAXWELL COLL<br>Assistant United States Attorneys |
| | Attorneys for Applicant<br>UNITED STATES OF AMERICA |

## Declaration of AUSA Maxwell Coll

I, Maxwell Coll, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. On or around June 11, 2024, the United States and Claimants WRH, Inc., Gurgen Khachatryan, and Artyom Khachatryan ("Claimants," and together with the United States, the "Parties"), executed a stipulation ("Stipulation") requesting that the Court enter a proposed Consent Judgment of Forfeiture ("Proposed Consent Judgment"), which is dispositive of this action.

3. As set forth in Paragraph 14 of the Stipulation, the Parties request that the Court retain jurisdiction to enforce the terms of the Stipulation and Proposed Consent Judgment.

4. Pursuant to the Paragraph 19 of the Court's standing order ("Settlement of Civil Cases"), the government seeks leave to file the Stipulation and Proposed Consent Judgment under seal for the Court's review. Claimants do not oppose this application.

5. The Parties jointly request that--should the Court grant this Application and the Proposed Consent Judgment--the Stipulation, Proposed Consent Judgment, and approved Consent Judgment be filed on the public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Los Angeles, California, on June 14, 2024.

                                ___/s/ *Maxwell Coll*___
                                AUSA Maxwell Coll