# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:22-cv-02902-JLS-PDx |
|---|---|
| Plaintiff, | ) **CONSENT JUDGMENT OF FORFEITURE** |
| v. | ) |
| REAL PROPERTY IN LOS ANGELES, CALIFORNIA, | ) |
| Defendant. | ) |

WHEREAS Plaintiff United States of America ("United States" or "the government"), and Claimants WRH, Inc., Gurgen Khachatryan, and Artyom Khachatryan ("Claimants," and together with the United States, the "Parties"), have made a stipulated request (the "Stipulation") for the entry of this Consent Judgment, which is dispositive of this action;

NOW THEREFORE, the Court, having considered the Stipulation and the record of this case, and good cause appearing therefor, HEREBY FINDS, ORDERS, ADJUDGES AND DECREES:

1. The Court approves the terms of the Stipulation and

incorporates them into this Consent Judgment.

    2. A judgment of forfeiture is entered for the United States as to the defendant real property in Los Angeles, California described as:

> Lot 36 of Tract No. 9061, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 121, Pages 64 to 66 inclusive of Maps, in the Office of the County Recorder of said County

with Assessor's Parcel Number 4359-013-027 (the "Defendant Property"), and also known as 530 South Mapleton Drive. Title to the Defendant Property, and all rights and interests therein, is forfeited to the United States. Upon entry of this Consent Judgment, only the United States shall have any interest in the Defendant Property. Any and all interests that any other party may have had in the Defendant Property are hereby extinguished.

    3. This Court's order authorizing interlocutory sale of real property and substitution of the <u>res</u> (DE 36) is hereby vacated.

4. The United States shall dispose of the Defendant Property in accordance with the law and the terms of the Stipulation and shall be able convey clear title to the Defendant Property. As provided in the Stipulation, Claimants shall have an interest in the net proceeds of any sale of the Defendant Property.

    5. The Court shall retain jurisdiction to effectuate the terms of this Consent Judgment and the Stipulation.

DATED: June 30, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2