**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REAL PROPERTY IN LOS ANGELES, CALIFORNIA,<br><br>    Defendant. | No. 2:22-cv-02902-JLS-PDx<br><br>**ORDER GRANTING JOINT APPLICATION TO UNSEAL THE STIPULATION AND REQUEST TO ENTER CONSENT JUDGMENT OF FORFEITURE  (DOC. 81)** |

Having reviewed the parties' Joint Application to Unseal the Stipulation and Request to Enter Consent Judgment of Forfeiture, and for good cause shown, the Court GRANTS the application. The Clerk's office is directed to unseal and make publicly available the Stipulation and Request to Enter Consent Judgment of Forfeiture (Dkt. 81).

**IT IS SO ORDERED.**

July 5, 2024
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE